1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   DAVID WIKSELL
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  LUIS ZULETA

9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,    )  Mag. No. 09-287-KJM
15                              )
              Plaintiff,        )
16                              )  STIPULATION AND ORDER
        v.                      )
17                              )
   LUIS ZULETA,                 )  Date:  February 22, 2010
18                              )  Time:  10:00 a.m.
              Defendant.        )  Judge: Hon. Kimberly J. Mueller
19                              )
   _____)
20

21

22      It is hereby stipulated and agreed to between the United States of

23 America through MATTHEW STEGMAN, Assistant U.S. Attorney, and

24 defendant, LUIS ZULETA, by and through her counsel, LAUREN CUSICK,

25 Assistant Federal Defender, that the court trial set for February 22,

26 2010 at 10:00 a.m. be vacated and reset to a change of plea and

27 sentencing on March 4, 2010 at 10:00 a.m. The parties will file

28 sentencing memoranda by March 2, 2010.

1  The reason for this continuance is to allow the parties to file
2  written memoranda prior to sentencing.
3
4  Dated:  February 18, 2010
                                          Respectfully submitted,
5
                                          DANIEL J. BRODERICK
6                                         Federal Defender
7
8                                         /s/ Lauren Cusick
                                          LAUREN CUSICK
9                                         Assistant Federal Defender
                                          Attorney for Defendant
10                                        LUIS ZULETA
11
    Dated:  February 18, 2010             BENJAMIN WAGNER
12                                        United States Attorney
13
                                          /s/ Matthew Stegman
14                                        MATTHEW STEGMAN
                                          Assistant U.S. Attorney
15
16                             ORDER
17  The court trial set for February 22, 2010, at 10:00 a.m., is
18  vacated and reset to a change of plea and sentencing on March 4, 2010,
19  at 10:00 a.m.
20  IT IS SO ORDERED.
21  DATED: February 19, 2010.
22
23
24                                        _____
                                          U.S. MAGISTRATE JUDGE
25
26
27
28

STIPULATION AND ORDER            -2-