1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   DAVID WIKSELL
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  LUIS ZULETA

9

10
                IN THE UNITED STATES DISTRICT COURT
11
              FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,     )  No. 09-287-KJM
15                               )
              Plaintiff,         )
16                               )  STIPULATION AND ORDER TO VACATE
      v.                         )  CHANGE OF PLEA
17                               )
   LUIS ZULETA,                  )
18                               )  Date:  March 11, 2010
              Defendant.         )  Time:  10:00 a.m.
19                               )  Judge: Hon. Kimberly J. Mueller
   _____)
20

21

22 The United States of America, through MATTHEW STEGMAN, Assistant United

23 States Attorney, together with defendant, LUIS ZULETA, by Assistant

24 Federal Defender, LAUREN CUSICK, Office Of The Federal Defender,

25 stipulate to vacate the change of plea and sentencing set for March 11,

26 2010, at 10:00 a.m., and set this case for a status conference on April

27 1, 2010, at 10:00 a.m.

28

The defendant's motion to plead in absentia, along with a written plea agreement, will be filed with the Court for the Court's consideration, as well as any supplemental paperwork deemed necessary.

Dated: March 10, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
LUIS ZULETA

Dated: March 10, 2010

BENJAMIN B. WAGNER
United States Attorney


/s/ Matthew Stegman
MATTHEW STEGMAN
Assistant U.S. Attorney

ORDER

The change of plea and sentencing set for March 11, 2010, at 10:00 a.m. is vacated. The parties shall proceed through the defendant's motion to plead in absentia as well as a written plea agreement. A status conference is set for April 1, 2010, at 10:00 a.m.

IT IS SO ORDERED.

DATED: March 10, 2010.

_____
U.S. MAGISTRATE JUDGE

Stipulation and Order                -2-