```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   DAVID WIKSELL
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  LUIS ZULETA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-mj-287-KJM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| LUIS ZULETA, ) | Date:  April 1, 2010 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Kimberly J. Mueller |
| ) | |
| _____ ) | |

The United States of America, through MATTHEW STEGMAN, Assistant United States Attorney, together with defendant, LUIS ZULETA, by Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal Defender, stipulate to vacate the status conference set for April 1, 2010, at 10:00 a.m., and set this case for status conference on April 8, 2010, at 10:00 a.m.

///

1   The continuance is requested so that the parties may have more
2 time to file the plea agreement and the motion to plead in absentia.
3 Dated:  March 30, 2010
                                    Respectfully submitted,
4
                                    DANIEL J. BRODERICK
5                                   Federal Defender

6

7                                   /s/ Lauren Cusick
                                    LAUREN CUSICK
8                                   Assistant Federal Defender
                                    Attorney for Defendant
9                                   LUIS ZULETA

10  Dated:  March 30, 2010          BENJAMIN WAGNER
                                    United States Attorney
11

12                                  /s/ Matthew Stegman
                                    MATTHEW STEGMAN
13                                  Assistant U.S. Attorney

14
                                 ORDER
15

16      The status conference is continued from April 1, 2010, at 10:00
17  a.m., to April 8, 2010, at 10:00 a.m.
18      IT IS SO ORDERED.
19  DATED: March 31, 2010.

20
                                    _____
21                                  U.S. MAGISTRATE JUDGE

STIPULATION AND ORDER              -2-